UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

LORI A. PARKER,

                                          Plaintiff,

         **-v.-**

                                              Civil Action No.
                                          3:10-cv-506 (GLS/ATB)

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                                          Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                    OF COUNSEL:

**FOR THE PLAINTIFF:**

Hinman, Howard Law Firm         LAURIE M. CEPARANO, ESQ.
P.O. Box 5250
80 Exchange Street
700 Security Mutual Building
Binghamton, New York 13902-5250

**FOR THE DEFENDANT:**

Social Security Administration   DENNIS J. CANNING, ESQ.
Office of Regional General Counsel   JOANNE JACKSON, ESQ.
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed February 22, 2011.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Andrew T. Baxter filed February 22, 2011 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED that the decision of the Commissioner be REVERSED and this case is REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g), for a proper determination of plaintiff's residual functional capacity to perform her past work and other further proceedings consistent with the Report-Recommendation, and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties in accordance with the court's local rules.

IT IS SO ORDERED

Dated:      March 9, 2011
            Albany, New York

Gary L. Sharpe
U.S. District Judge